IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH ULISES CALDERON-PRUDENCIO, | § § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:26-cv-294-E (BT) |
| ROBERT CERNA, et al., | § § § | |
| Respondents. | § | |

## ORDER TO SHOW CAUSE, INSTRUCTIONS TO PARTIES, AND BRIEFING SCHEDULE

Petitioner filed a petition for a writ of habeas corpus, numbered and styled as above, in this Court pursuant to the provisions of 28 U.S.C. § 2241. Under 28 U.S.C. § 636(b) and Special Order 3, the District Court automatically referred this case to the undersigned United States magistrate judge for findings, conclusions, and a recommendation.

### I. CONSENT TO MAGISTRATE JUDGE

Federal law provides that with the consent of all parties, the Court can reassign this case to the undersigned United States magistrate judge for further proceedings and entry of judgment. This procedure does not adversely affect any parties' right to appeal a judgment directly to the circuit court of appeals. A party is free to withhold consent without adverse consequences. If any party declines to consent, the cause of action will proceed before the district judge to whom the case was assigned but will continue to be referred to the magistrate judge under *Special Order No. 3-251*. If all parties subsequently consent to proceed before the magistrate judge, the district judge may in his/her discretion reassign the case. A consent form is attached for the parties' convenience in case they wish to exercise this option.

### II. ORDER TO SHOW CAUSE

RESPONDENTS' ANSWER: Respondents must file an answer, motion, or other response to the petition within **60 days** of the date of service of this Order. Respondents must serve a true copy of the answer or other pleading on Petitioner

by mailing such documents to him at the address set out in his application or to his attorney of record, if any. Respondents must file a certificate with the Clerk evidencing such service.

PETITIONER'S OPPORTUNITY TO REPLY: Petitioner may file a reply, provided it is filed with the Clerk not more than **30 days** after the date of the certificate of service shown on the answer or other pleading. Petitioner must limit his reply to the arguments raised in the answer or other pleading and must not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any reply to counsel for Respondents.

SERVICE OF PETITION AND ORDER: The Clerk will mail a true copy of this order to Petitioner or to his attorney of record. The Clerk will electronically serve copies of all pleadings and orders in this case on the United States Attorney for the Northern District of Texas.[1]

It is further **ORDERED** that, at all times during the pendency of this action, Petitioner must immediately notify the Court of any change of address and its effective date. Such notice must be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS," and it should contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED February 6, 2026.

                                            REBECCA RUTHERFORD
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk will direct service to the attention of the Civil Chief, United States Attorney's Office.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH ULISES CALDERON-PRUDENCIO, | § § § § § | |
| Petitioner, | | |
| v. | § § § | No. 3:26-cv-294-E (BT) |
| ROBERT CERNA, et al., | § § § | |
| Respondents. | § | |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case and order entry of a final judgment.

**Party or Counsel of Record**                                    **Date**

_____

_____

## ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the above-captioned matter be reassigned to the United States Magistrate Judge Rebecca Rutherford for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED:

_____
UNITED STATES DISTRICT JUDGE